IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN CARVER JOHNSON,

    Plaintiff,                    No. CIV S-05-0298 DFL JFM P

    vs.

THE DIRECTOR OF CORRECTIONS, et al.,

    Defendants.             ORDER

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 25, 2005, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff has now filed a second amended complaint.

         The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Service is appropriate for the following defendant: Donald Neal.

         2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the second amended complaint filed May 24, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for defendant Donald Neal; and

    d. Two copies of the endorsed second amended complaint filed May 24, 2005.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
john0298.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN CARVER JOHNSON,

        Plaintiff,                  No. CIV S-05-0298 DFL JFM P

    vs.

THE DIRECTOR OF              NOTICE OF SUBMISSION
CORRECTIONS, et al.,
                                   OF DOCUMENTS
        Defendants.
                              /

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__     completed summons form

        __1__     completed USM-285 form

        __2__     copies of the May 24, 2005
                             Second Amended Complaint

DATED:

                                          Plaintiff