IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN CARVER JOHNSON,

    Plaintiff,                   No. CIV S-05-0298 DFL JFM P

    vs.

THE DIRECTOR OF CORRECTIONS, et al.,

    Defendants.              ORDER

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On November 4, 2005, plaintiff filed a motion styled as a motion for summary judgment. After review of the motion, however, the court construes it as a request for entry of default against defendant Donald Neal. By order filed June 22, 2005, this court ordered the United States Marshal to serve process on defendant. There is no evidence in the record whether such service has been accomplished. Accordingly, entry of default is not appropriate at this time. See Fed. R. Civ. P. 55. Plaintiff's motion will therefore be denied.

/////
/////
/////
/////

1

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
2   November 4, 2005 motion is construed as a request for entry of default and, so construed, is
3   denied.
4   DATED: December 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
john0298.def