IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CARVER JOHNSON,

      Plaintiff,       No. CIV S-05-0298 DFL JFM P

   vs.

THE DIRECTOR OF CORRECTIONS, et al.,

      Defendants.       <u>ORDER</u>

                                 /

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On June 6, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Donald Neal was returned unserved because the United States Marshal, with the assistance of the California Department of Corrections, was unable to locate said defendant. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the second amended complaint filed May 24, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Donald Neal;

    b. Two copies of the endorsed second amended complaint filed May 24, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: January 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
john0298.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CARVER JOHNSON,

    Plaintiff,  No. CIV S-05-0298 DFL JFM P

  vs.

THE DIRECTOR OF CORRECTIONS, et al.,  NOTICE OF SUBMISSION

    Defendants.  OF DOCUMENTS
_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __1__    completed USM-285 forms

    __2__    copies of the May 24, 2005
              Second amended complaint

DATED:

                                                Plaintiff