IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CARVER JOHNSON,

     Plaintiff,               No. CIV S-05-0298 DFL JFM P

     vs.

THE DIRECTOR OF CORRECTIONS, et al.,

     Defendants.       <u>ORDER</u>

        Plaintiff has filed a document entitled "first set of interrogatories to defendants." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 20, 2006 first set of interrogatories to defendants will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of

/////

/////

1

court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED: December 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
john0298.411