IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN CARVER JOHNSON,

      Plaintiff,                      No. CIV S-05-0298 DFL JFM P

      vs.

THE DIRECTOR OF CORRECTIONS, et al.,

      Defendants.            ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On April 26, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed April 26, 2007 are adopted in full;

2. Defendant's December 14, 2006 motion to dismiss is denied; and

3. Defendant Neal shall answer the second amended complaint within ten days from the date of any order by the district court adopting these findings and recommendations.

DATED: May 18, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/john0298.801