IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN CARVER JOHNSON,

      Plaintiff,                            No. CIV S-05-0298 RRB JFM P

    vs.

THE DIRECTOR OF
CORRECTIONS, et al.,

      Defendants.                  ORDER

         Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 13, 2007 and July 25, 2007, plaintiff filed his second and third motions for appointment of counsel.[1] As noted in the court's November 29, 2006 order, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court still does not find the required exceptional circumstances. Plaintiff's second and third motions for the appointment of counsel will therefore be denied.

         On July 13, 2007, plaintiff filed a request for thirteen blank subpoenas. Plaintiff seeks the subpoenas for non-incarcerated witnesses he intends to call at trial. He filed a similar

---

[1] Plaintiff's first motion was filed October 12, 2006 and denied by order filed November 29, 2006.

request on August 30, 2007. In addition, on July 26, 2007, plaintiff filed a request for a writ of habeas corpus ad testificandum for his attendance at trial, and on August 16, 2007, plaintiff filed a motion in limine. The deadline for completion of discovery and filing of dispositive motions has not yet passed in this action, which is presently set for pretrial conference on February 29, 2008 and jury trial on May 5, 2008. See Scheduling Order, filed June 5, 2007. Plaintiff's requests for subpoenas for the attendance of witnesses at trial, for a writ of habeas corpus ad testificandum for his own attendance at trial, and his motion in limine are all premature. They will all be denied without prejudice to their renewal, as appropriate, at a later stage of these proceedings.[2]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's June 13, 2007 motion for appointment of counsel is denied;

2. Plaintiff's July 25, 2007 motion for appointment of counsel is denied;

3. Plaintiff's July 13, 2007 and August 30, 2007 requests for blank subpoenas are denied without prejudice;

4. Plaintiff's July 26, 2007 request for issuance of a writ of habeas corpus ad testificandum is denied as premature and unnecessary; and

5. Plaintiff's August 16, 2007 motion in limine is denied without prejudice.

DATED: September 12, 2007.

UNITED STATES MAGISTRATE JUDGE

12/john0298.31(2)

---

[2] Plaintiff is informed that, should this matter proceed to trial, the court will make the necessary orders for plaintiff's attendance at trial and he need not request a writ of habeas corpus ad testificandum for his own attendance at trial.

2