IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN CARVER JOHNSON,

        Plaintiff,                  No. CIV S-05-0298 RRB JFM P

   vs.

THE DIRECTOR OF
CORRECTIONS, et al.,

        Defendants.              ORDER

                                             /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On January 25, 2008, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on October 12, 2006, June 13, 2007, July 25, 2007. All requests were denied. The court still does not find the exceptional circumstances required to support appointment of counsel. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). Plaintiff's latest request for the appointment of counsel will therefore be denied.

        On February 13, 2008, defendant filed a request for relief from filing a pretrial statement pending ruling on his November 16, 2007 motion for summary judgment.[1] Good cause appearing, the request will be granted.

---

[1] Plaintiff timely filed a pretrial statement on February 12, 2008.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's January 25, 2008 motion for appointment of counsel is denied;

2. Defendant's February 13, 2008 request for relief from filing a pretrial statement is granted;

3. Defendant is relieved of the obligation to file a pretrial statement until further order of court;

4. The pretrial conference set for February 29, 2008 before the undersigned is vacated and will be reset, as appropriate, by subsequent order of court; and

5. The jury trial set for May 5, 2008 before the Honorable Ralph R. Beistline is vacated and will be reset, as appropriate, by subsequent order of court.

DATED: February 14, 2008.

UNITED STATES MAGISTRATE JUDGE

12/bb
john0298.31(4)