IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN CARVER JOHNSON,

      Plaintiff,                      No. CIV S-05-0298 RRB JFM P

    vs.

THE DIRECTOR OF CORRECTIONS, et al.,

      Defendants.               ORDER

                                       /

           Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On October 20, 2008, plaintiff filed his fifth request for the appointment of counsel. Plaintiff's previous requests were filed on October 12, 2006, June 13, 2007, July 25, 2007, and January 25, 2008. All requests were denied. The court still does not find the exceptional circumstances required to support appointment of counsel. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). Plaintiff's latest request for the appointment of counsel will therefore be denied.

/////

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's October 20, 2008 motion for appointment of counsel is denied;

DATED: November 3, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
john0298.31(5)