IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN CARVER JOHNSON,

    Plaintiff,                    No. 2:05-cv-0298-JAM-JFM (PC)

    vs.

THE DIRECTOR OF
CORRECTIONS, et al.,

    Defendants.               ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 4, 2008, plaintiff filed a motion in limine. The court is issuing, concurrently with this order, a pretrial order that sets a schedule for filing motions in limine. Accordingly, IT IS HEREBY ORDERED that plaintiff's November 4, 2008 motion in limine is denied without prejudice to its renewal in accordance with the schedule set in the pretrial order.

DATED: September 8, 2009.

UNITED STATES MAGISTRATE JUDGE

12;john0298.mil