IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN CARVER JOHNSON,

    Plaintiff,                                       No. CIV S-05-0298 JAM JFM P

    vs.

THE DIRECTOR OF CORRECTIONS, et al.,

    Defendants.                                ORDER

        Pursuant to court order, the above-captioned case is set for a Settlement Conference before the undersigned on October 8, 2009, at 10:00 a.m. *See* Pretrial Order, filed September 9, 2009, at 10:15-16. On September 15, 2009, defendant Neal filed his objections to the tentative pretrial order seeking certain changes that do not relate to the settlement conference. In the objections, however, counsel for defendant notes that defendant Neal suffered a stroke on August 16, 2009, and will be out of state during the month of October. *See* Def.'s Objs., filed September 15, 2009, at 3:11-15.

        In light of the statement that defendant is unavailable in October, counsel for defendant is reminded that each party is required to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms and at the Settlement Conference.

DATED: September 23, 2009

                                                               EDMUND F. BRENNAN
                                                               UNITED STATES MAGISTRATE JUDGE