1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021
   Matthew Ross Wilson, CSB #236309
5

6  Attorneys for defendant
   DONALD NEAL, R.N.
7

8  **IN THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**
9

10 KELVIN CARVER JOHNSON,                ) CASE NO: 2:05-CV-00298-JAM-JFM P
                                         )
11           Plaintiff,                  )
                                         ) **ORDER DENYING PLAINTIFF'S
12 vs.                                   ) MOTION TO HAVE HIS CHECK SENT
                                         ) SOMEWHERE OTHER THAN TO HIM**
13 THE DIRECTOR OF CORRECTIONS, et.      )
   al.,                                  )
14                                       )
             Defendants.                 )
15 _____)

16    The Court having considered KELVIN JOHNSON'S moving papers to have the

17 settlement draft sent to someone other than him and having considered the defendant's

18 opposition thereto, hereby rules as follows:

19    Plaintiff's motion is denied.  Plaintiff is not required to deposit the check in his

20 inmate trust account, but he is required to receive the check while in prison.  If plaintiff

21 thereafter wishes to endorse the check for deposit only and send it to his mother

22 Ester L. Smith he may do so.

23 ///

24 ///

25 ///

26 ///

27

28 *Johnson v. CDC* [Civ S 05-0298]/Order Denying Pl's  Motion to have Check Sent Somewhere Other than to Him
                                                                                                    Page 1

1    The parties are given an additional 60 days from February 5, 2010 to file the
2 dispositional documents.
3    IT IS SO ORDERED.
4 Dated: January 25, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Johnson v. CDC* [Civ S 05-0298]/Order Denying Pl's Motion to have Check Sent Somewhere Other than to Him
Page 2