**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendant
DONALD NEAL, R.N.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN CARVER JOHNSON,            ) | CASE NO: 2:05-CV-00298-JAM-JFM P |
|                  )                  | |
|         Plaintiff,       )          | **STIPULATION AND ORDER FOR DISMISSAL OF DONALD NEAL, R.N.** |
|                  )                  | |
| vs.              )                  | |
|                  )                  | |
| THE DIRECTOR OF CORRECTIONS, et. ) | |
| al.,             )                  | |
|                  )                  | |
|         Defendants.      )          | |
|  _____  ) | |

///
///
///
///
///
///
///
///
///

*Johnson v. CDC* [Civ S 05-0298 JAM JFM P]Dismissal of Neal                                                   Page 1

1  IT IS HEREBY STIPULATED by and between the parties to this action that
2 defendant DONALD NEAL, R.N be, and hereby is, dismissed with prejudice from the
3 above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs
4 and attorneys fees.

5 Dated: Nov 7, 2009        */s/ "Kelvin C. Johnson"* (original signature retained by counsel)
              KELVIN CARVER JOHNSON, plaintiff

7 Dated: 3/22/10            WILLIAMS & ASSOCIATES

  By:*/s/ Kathleen J. Williams*
9             KATHLEEN J. WILLIAMS, CSB 127021
              Attorneys for defendant
10            DONALD NEAL, R.N.

12 **IT IS SO ORDERED.  The Clerk is directed to close this case.**

13 Dated: March 22, 2010
              /s/ John A. Mendez
14            John A. Mendez, Judge
              United States District Court

# PROOF OF SERVICE

Case :     *Johnson v. CDC*
Case No:   2:05-CV-00298-JAM-JFM P
Court :    United States District Court, Eastern District of California

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1250 Sutterville Road, Suite 290, Sacramento, California 95822. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with WILLIAMS & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

I certify that on March 22, 2010, pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

**STIPULATION AND ORDER FOR DISMISSAL OF DONALD NEAL, R.N.**

and addressed as follows:

**LEGAL DOCUMENTS ENCLOSED**
Kelvin Carver Johnson, E-97559
CALIFORNIA STATE PRISON
SIERRA CONSERVATION CENTER
5150 O'Byrnes Ferry Road
Building 50# Bed 09 Low
Jamestown, CA 95327

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on March 22, 2010, at Sacramento, California.

                    */s/ Susan J. Olsson*
                    Susan J. Olsson